# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-1638
_____

DUANE MARTELL GLENN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.
_____


On appeal from the County Court for Leon County.
Nina Ashenafi-Richardson, Judge.


June 22, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Duane Martell Glenn, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.